# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ANTOINE D. JONES,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **CV 04-HS-3191-W** |
| ) | |
| **CHERYL PRICE, WARDEN, ET AL.,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OF OPINION

The Final Judgment entered in this action on June 7, 2006 is **WITHDRAWN** and this Memorandum of Opinion and accompanying Final Judgment are **SUBSTITUTED** in its place.

Jones characterized the above styled action as a § 2241 petition for writ of habeas corpus requesting jail credit towards his federal sentence. On January 20, 2005, the magistrate judge recommended the dismissal of this action so that the matter could be dealt with in the criminal case (CR02-H-95-E). There were no objections to the recommendation of dismissal.

On May 3, 2005, the magistrate judge recommended in CR02-H-95-E the denial of the § 2255 motion requesting jail credit. The magistrate judge's May 3, 2005 findings and recommendation in CR02-H-95-E is appended hereto. There were no objections to the findings and recommendation. On June 7, 2006, United States District Judge James H. Hancock denied the § 2255 motion seeking jail credit. The Final Judgment in CR 02-H-95-E is also appended hereto.

In light of Judge Hancock's ruling in CR-02-H-95-E, the magistrate judge's recommendation of dismissal in this case is hereby **ACCEPTED** and the findings are **ADOPTED**. This action is hereby **DISMISSED**. A separate Final Judgment will be entered simultaneously herewith.

As to the foregoing it is **SO ORDERED** this the 13thday of June, 2006.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge